**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AGFUOIJHH, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-004253<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Young B. Kim** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ARTBRUSH TOWER | 2 |
| BixDori | 7 |
| Costova | 14 |
| CQMYG YSDSS | 15 |
| DavidXiong | 19 |
| DePhoto Art | 20 |
| FADALO | 25 |
| Fchen art'store | 28 |
| HUGSIDEA | 41 |
| LICHENGLI | 53 |
| QIANDUIXUE | 70 |
| Reboen | 73 |
| saedjkg | 78 |
| Speed Sell Online | 81 |
| Sunnycitron | 83 |

Dated this 15th day of May 2025.            Respectfully submitted,

<div style="margin-left: 40%;">

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff
Sony Interactive Entertainment LLC*

</div>